**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Kelly Patrick RIGGS, Defendant–
Appellant.**

**No. 14–11917**

**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 8, 2015.

Michael B. Billingsley, Daniel J. Fortune, Jennifer Smith Murnahan, Joyce White Vance, U.S. Attorney's Office, Birmingham, AL, for Plaintiff–Appellee.

Brett M. Bloomston, Bloomston & Basgier, Birmingham, AL, for Defendant–Appellant.

Before TJOFLAT, WILSON and JULIE CARNES, Circuit Judges.

PER CURIAM:

Brett N. Bloomston, appointed counsel for Kelly Patrick Riggs, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the defendant's convictions and sentences are **AFFIRMED.**